**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED
Oct 28  11 34 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| **LORRAINE M. CAISSE,** : | |
| **Plaintiff** : | |
| : | CIV NO. 3:03CV0443 (MRK) |
| v. : | |
| : | |
| **DAY KIMBALL HOSPITAL,** : | |
| **Defendant** : | **OCTOBER 27, 2003** |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned, Heena Kapadia, is appearing as counsel of record in the above-captioned action on behalf of the Plaintiff Lorraine M. Caisse. This appearance is in addition to all appearances currently on file.

Respectfully submitted,

By: *Heena Kapadia*
Heena Kapadia
Fed. Bar No.: ct11869
Madsen, Prestley & Parenteau, LLC
111 Huntington Street
P.O. Box 1631
New London, CT 06320
(860) 442-2466

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed and sent by facsimile to the following counsel of record on this 27th day of October, 2003:

Hugh F. Murray, III
Murtha Cullina, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103

_____
Heena Kapadia