10/06/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Wednesday October 29, 2003

10:15 a.m.

CASE NO.  3-03-cv-443 Caisse v Day Kimball Hosp
------------------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| Craig Thomas Dickinson | Madsen & Prestley, 44 Capitol Ave., 2nd Fl E. Suite 201, Hartford, CT 860-246-2466 |
| Hugh F. Murray III | Murtha Cullina LLP, Cityplace I, 185 Asylum St., Hartford, CT 860-240-6000 |
| Jacques J. Parenteau | Madsen, Prestley & Parenteau, 111 Huntington St., PO Box 1631, New London, CT 860-442-2466 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

STATUS CONFERENCE HELD
DATE: 10/29/03

10 min.