UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Nov 3  11 03 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

LORRAINE M. CAISSE,             :
                                :
        Plaintiff,              :     CIVIL ACTION NO.
                                :     303CV0443(MRK)
v.                              :
                                :
DAY KIMBALL HOSPITAL,           :
                                :     October 29, 2003
        Defendant.              :

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), the defendant Day Kimball Hospital moves for an extension of time of thirty (30) days within which to respond to plaintiff's Third Set of Interrogatories and Request for Production of Documents. The additional time is needed to properly respond due to the large number of documents being requested, including those requiring a systems' search. Opposing counsel does not object to the extension of time. This is the first extension of time sought in connection with this discovery request.

DEFENDANT - DAY KIMBALL
HOSPITAL

By /s/ *[signature]*
Hugh F. Murray, III – ct11418

Murtha Cullina LLP
CityPlace I – 185 Asylum Street
Hartford, CT 06103
Its Attorneys
Tel. No.: 860-240-6000
Fax No.: 860-240-6150
hmurray@murthalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Extension of Time was mailed, first class mail, postage prepaid on October 30, 2003 to Jacques J. Parenteau, Esq., Madsen, Prestley & Parenteau, LLC, 111 Huntington Street, P.O. Box 1631, New London, CT 06320.

_____
Hugh F. Murray, III – ct11418

696514v1