UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Nov 3  11 03 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

LORRAINE M. CAISSE,　　　　　　　:

　　　Plaintiff,　　　　　　　　　:　　CIVIL ACTION NO.
　　　　　　　　　　　　　　　　　:　　303CV0443(MRK)
v.　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　:
DAY KIMBALL HOSPITAL,　　　　　 :
　　　　　　　　　　　　　　　　　:　　October 29, 2003
　　　Defendant.　　　　　　　　　:

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), the defendant Day Kimball Hospital moves for an extension of time of thirty (30) days within which to respond to plaintiff's Third Set of Interrogatories and Request for Production of Documents. The additional time is needed to properly respond due to the large number of documents being requested, including those requiring a systems' search. Opposing counsel does not object to the extension of time. This is the first extension of time sought in connection with this discovery request.

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court
By: [signature] Deputy Clerk