UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

Nov 13  I  56 PM '03

U. S DISTRICT COURT
NEW HAVEN, CONN.

LORRAINE M. CAISSE,                    :

    Plaintiff,                           :        CIVIL ACTION NO.
                                         :        303CV0443(MRK)
v.                                     :
                                         :
DAY  KIMBALL HOSPITAL,                 :
    Defendant.                           :        November 11, 2003
                                         :


## APPEARANCE

Please enter the appearance of the undersigned on behalf of the Defendant, Day

Kimball Hospital, in the above-captioned case.

DEFENDANT - DAY KIMBALL
HOSPITAL


By _____
    Scott E. Schaffer – ct25325

Murtha Cullina LLP
CityPlace I – 185 Asylum Street
Hartford, CT 06103
Its Attorneys
Tel. No.:  860-240-6000
Fax No.:  860-240-6150
sschaffer@murthalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Appearance was mailed, first class mail, postage prepaid on November 11, 2003 to Jacques J. Parenteau, Esq., Madsen, Prestley & Parenteau, LLC, 111 Huntington Street, P.O. Box 1631, New London, CT 06320.

_____
Scott E. Schaffer – ct25325

698473