UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LORRAINE M. CAISSE, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 303CV0443(MRK) |
| v. | : | |
| | : | |
| DAY KIMBALL HOSPITAL, | : | |
| | : | November 21, 2003 |
| Defendant. | : | |

MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), the defendant Day Kimball Hospital moves for an extension of time of thirty (30) days for all deadlines pertaining to expert witnesses. Specifically, Defendant shall have until December 31, 2003 (previously December 1, 2003), to depose plaintiff's expert witness. Defendant shall then have until January 30, 2004 (previously December 31, 2003) to designate its trial experts and provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2). Plaintiff shall then have until March 1, 2004 (previously January 31, 2004) to depose any such experts. The additional time is needed because of opposing counsel's schedule. Opposing counsel does not object to the extension of time. This is defendant's first extension of time sought in connection with the deposition of plaintiff's expert witness.

DEFENDANT - DAY KIMBALL
HOSPITAL


By_____
   Scott E. Schaffer – ct25325

Murtha Cullina LLP
CityPlace I – 185 Asylum Street
Hartford, CT 06103
Its Attorneys
Tel. No.:  860-240-6000
Fax No.:  860-240-6150
sschaffer@murthalaw.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Extension of Time was mailed, first class mail, postage prepaid on November 21, 2003 to Jacques J. Parenteau, Esq., Madsen, Prestley & Parenteau, LLC, 111 Huntington Street, P.O. Box 1631, New London, CT 06320.

_____
Scott E. Schaffer – ct25325

700255v1