UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LORRAINE M. CAISSE, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 303CV0443(AWT) |
| v. | : | |
| | : | |
| DAY KIMBALL HOSPITAL, | : | |
| | : | JANUARY 29, 2004 |
| Defendant. | : | |

MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), the defendant Day Kimball Hospital moves for an extension of time of twenty (20) days to disclose its experts and their reports to plaintiff. The additional time is needed in order to first depose plaintiff prior to deciding what if any experts will be required by defendant. Opposing counsel does not object to the extension of time. This is the first extension of time sought in connection with defendant's expert disclosure.

DEFENDANT – DAY KIMBALL
HOPITAL


By _____
   Scott E. Schaffer - ct25325


Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut  06103-3469
Telephone:  (860) 240-6000
Facsimile:  (860) 240-6150
Email:  sschaffer@murthalaw.com

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Motion for Extension of Time was mailed first-class, postage prepaid, on this 29th day of January 2004, to: Jacques J. Parenteau, Esq., and Heena Kapadia, Esq., Madsen, Prestley & Parenteau, LLC, 111 Huntington Street, P.O. Box 1631, New London, CT 06320

      _____
      Scott E. Schaffer - ct25325

709787