# United States District Court
# District of Connecticut

|  |  |
|---|---|
| LORRAINE M. CAISSE,<br>*Plaintiff*<br><br>v.<br><br>DAY KIMBALL HOSPITAL,<br>*Defendants* | :<br>:<br>:<br>:<br>:  Case No. 3:03 CV 443 (MRK)<br>:<br>:<br>:<br>: |

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

_____  All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

_____  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

_____  To supervise discovery and resolve discovery disputes (orefmisc./dscv.)

_____  A ruling on the following motions which are currently pending: (orefm.)
Doc#

**✖**   A settlement conference (orefmisc./cnf.)

_____  A conference to discuss the following: (orefmisc./cnf.)

_____  Other: (orefmisc./misc)


SO ORDERED this   9th   day of   February  ,  2004   at New Haven, Connecticut.


/s/           Mark R. Kravitz           
UNITED STATES DISTRICT COURT JUDGE