UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LORRAINE M. CAISSE,            : | |
|     Plaintiff,             : | |
| : | |
| v.             : | CIVIL NO.   3:03CV443 (MRK) |
| : | |
| DAY KIMBALL HOSPITAL,       : | |
|     Defendant.             : | |

## ORDER

Defendant's Motion For Extension Of Time [doc. #22], dated January 29, 2004, is hereby

**GRANTED**.  The following modified case management schedule shall apply:

1. **Discovery**.  Defendant's experts reports will be served by **February 19, 2004**, and all depositions of defendant's experts will be completed by **March 21, 2004**.

2. **Dispositive Motions:** Dispositive motions, if any, including all motions to exclude testimony of experts pursuant to Fed. R. Evid. 702-05 and the *Daubert v. Merrill Dow Pharmaceuticals, Inc.,* 509 U.S. 579 (1993) line of cases shall be filed by **April 5, 2004**.

3. **Trial Memorandum:** If no dispositive motions are filed, the Parties' Joint Trial Memorandum (instructions are attached) is due **April 5, 2004**. If dispositive motions are filed, the Joint Trial Memorandum is due 30 days after the Court's decision on the dispositive motion.

4. **Trial Ready Date:** If no dispositive motions are filed, the case will be considered trial ready on **April 5, 2004**. If dispositive motions are filed, the case will be considered trial ready immediately after the filing of the parties' Joint Trial Memorandum.

The telephonic telephone status conference presently scheduled for March 11, 2004, will be rescheduled.

IT IS SO ORDERED.

/s/        Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: February 9, 2004.