UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LORRAINE M. CAISSE, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 303CV0443(MRK) |
| v. | : | |
| | : | |
| DAY KIMBALL HOSPITAL, | : | |
| | : | March 2, 2004 |
| Defendant. | : | |

MOTION FOR A STIPULATED PROTECTIVE ORDER

Pursuant to Fed R. Civ. P. 26(c), the defendant Day Kimball Hospital, and the plaintiff Lorraine Caisse, move for the granting of a Stipulated Protective Order attached hereto as Ex. A. The parties agree this order is necessary to protect certain confidential information, including but not limited to "personnel records" as defined in Conn. Gen. Stat. § 31-128 et seq.

DEFENDANT - DAY KIMBALL
HOSPITAL


By /s/ Scott E. Schaffer
   Hugh F. Murray, III – ct11418
   Scott E. Schaffer – ct25325

Murtha Cullina LLP
CityPlace I – 185 Asylum Street
Hartford, CT 06103
Tel. No.:  860-240-6000
Fax No.:  860-240-6150
hmurray@murthalaw.com
sschaffer@murthalaw.com
Its Attorneys



THE PLAINTIFF
LORRAINE CAISSE

By  /s/Jacques Parenteau
   Jacques Parenteau – ct09771

Madsen, Prestley & Parenteau
111 Huntington Street
P.O. Box 1631
New London, CT 06320
Tel: 860-442-2466
Fax: 860-447-9206
jparenteau@mppjustice.com
Her Attorney

714881_1