UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

Mar 12  11 18 AM '04

U.S DISTRICT COURT
NEW HAVEN, CONN.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

LORRAINE M. CAISSE            )
          PLAINTIFF           )
                              )
vs.                           )   C.A. NO. 3:03CV443 (MRK)
                              )
DAY KIMBALL HOSPITAL          )
          DEFENDANT           )   March 11, 2004
                              )

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF APPEARANCE

Please take notice that the undersigned, William G. Madsen, is appearing as counsel of record in the above-captioned action on behalf of the Plaintiff Lorraine M. Caisse. This appearance is in addition to all appearances currently on file.

Respectfully submitted,
LORRAINE M. CAISSE,

By: _____
William G. Madsen
Fed. Bar No.: ct09853
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue
Second Floor East
Hartford, CT 06106
(860) 246-2466 – Telephone
(860) 246-1794 – Facsimile
Attorneys for the Plaintiff

## CERTIFICATION

     I hereby certify that a copy of the foregoing was mailed, postage prepaid, to the following counsel of record on this 11th day of March, 2004:

Hugh Murray, Esq.
Scott Schaffer, Esq.
Murtha Cullina, LLP
CityPlace I – 185 Asylum Street
Hartford, CT 06103-3469

*[signature]*
William G. Madsen