UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LORRAINE M. CAISSE, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 303CV0443(MRK) |
| v. | : | |
| | : | |
| DAY KIMBALL HOSPITAL, | : | |
| | : | MARCH 11, 2004 |
| Defendant. | : | |

## JOINT MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), the defendant Day Kimball Hospital and the plaintiff Lorraine M. Caisse jointly move for an extension of time of seventy-one (71) days for all deadlines pertaining to the filing of dispositive motions and the joint trial memorandum, as well as readiness for trial. This extension is necessary because the current deadline for these matters is April 5, 2004; however, a settlement conference with Magistrate Judge Garfinkel is now scheduled for May 14, 2004. As a result, the parties jointly request that the deadline for filing dispositive motions and the joint trial memorandum, as well as readiness for trial, be extended to June 14, 2004, one month following the settlement conference. This is the parties' first request for an extension of time regarding these matters.

ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED

PLAINTIFF - LORRAINE CAISSE


By /s/ Will Madsen
 Will Madsen-ct

Madsen, Prestley & Parenteau
111 Huntington Street
P.O. Box 1631
New London, CT 06320
Tel. No. 860-442-2466
Fax No. 860-447-9206
wmadsen@mppjustice.com
Her attorney

DEFENDANT - DAY KIMBALL HOSPITAL


By /s/ Scott E. Schaffer
 Hugh F. Murray, III - ct11418
 Scott E. Schaffer - ct25325

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, CT 06103-3469
Tel. No. (860) 240-6000
Fax No. (860) 240-6150
hmurray@murthalaw.com
sschaffer@murthalaw.com
Its Attorneys

716200