UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LORRAINE M. CAISSE, :
    Plaintiff, :
 :
v. : CIVIL NO.   3:03CV443 (MRK)
 :
DAY KIMBALL HOSPITAL, :
    Defendant. :

## ORDER

The Joint Motion For Extension Of Time [doc. #28], dated March 11, 2004, is hereby

**GRANTED**.  The following modified pre-trial deadlines shall apply:

1.     **Dispositive Motions:** Dispositive motions, if any, including all motions to exclude testimony of experts pursuant to Fed. R. Evid. 702-05 and the *Daubert v. Merrill Dow Pharmaceuticals, Inc.,* 509 U.S. 579 (1993) line of cases shall be filed by **June 14, 2004**.

2.     **Trial Memorandum:** If no dispositive motions are filed, the Parties' Joint Trial Memorandum (instructions are attached) is due **June 14, 2004**. If dispositive motions are filed, the Joint Trial Memorandum is due 30 days after the Court's decision on the dispositive motion.

3.     **Trial Ready Date:** If no dispositive motions are filed, the case will be considered trial ready on **June 14, 2004**. If dispositive motions are filed, the case will be considered trial ready immediately after the filing of the parties' Joint Trial Memorandum.

                        IT IS SO ORDERED.

                        /s/           Joan G. Margolis
                        UNITED STATES MAGISTRATE JUDGE

Dated at New Haven, CT: March 15, 2004.