UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
LORRAINE M. CAISSE           )

vs.                          )    C.A. NO. 3:03CV443 (MRK)

DAY KIMBALL HOSPITAL         )    MARCH 17, 2004
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO AMEND COMPLAINT

The plaintiff, Lorraine M. Caisse, hereby moves pursuant to Fed. R. Civ. P. 15(a) to amend her complaint in the form appended hereto and for all of the reasons set forth in the accompanying Memorandum of Law. On March 17, 2004, defense counsel, Hugh Murray, advised plaintiff's counsel that the defendant would not consent to this Motion. For all of the reasons set forth in the accompanying memorandum of law, the plaintiff respectfully request that this motion be granted.

PLAINTIFF
LORRAINE M. CAISSE

By: _____
Jacques J. Parenteau #09771
Madsen, Prestley & Parenteau, LLC
111 Huntington Street, P.O. Box 1631
New London, CT 06320
Telephone: (860)442-2466
E-Mail: jparenteau@mppjustice.com
Her Attorneys

## CERTIFICATION

      I hereby certify that a copy of the foregoing was mailed, postage prepaid, to the following counsel of record on this 17th day of March, 2004:

Hugh Murray, Esq.
Scott Schaffer, Esq.
Murtha Cullina, LLP
CityPlace I – 185 Asylum Street
Hartford, CT 06103-3469

_____
Jacques J. Parenteau