UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
LORRAINE M. CAISSE )

vs. ) C.A. NO. 3:03CV443
) (MRK)

DAY KIMBALL HOSPITAL ) MARCH 17, 2004
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND COMPLAINT

Pursuant to Fed. R. Civ. P. 15(a) the plaintiff hereby moves to amend her complaint as set forth in the Amended Complaint appended hereto.

The plaintiff filed her Complaint with the court on or about February of 2003. At that time, the Complaint alleged a discrimination (Count One) and retaliation claim (Count Two) under the Age Discrimination in Employment Act of 1966, 29 U.S.C. Sections 621 *et seq.* ("ADEA"). On or about February 23, 2004, the plaintiff obtained a Release of Jurisdiction from the Connecticut Commission of Human Rights and Opportunities with respect to her discrimination and retaliation claims under Connecticut's Fair Employment Practices Act, Conn. Gen. Stat. Sections 46a-51 *et seq.* ("CFEPA"). The plaintiff now moves to amend her Complaint to add those claims under the CFEPA as set forth in the proposed Amended Complaint.

Rule 15(a) of the Federal Rules of Civil Procedure allows amendment by leave

of court. Rule 15(a) also states that leave to amend shall be freely given when justice so requires. In the present case, the issues presented by the claims sought to be amended are identical to the issues presented in the claims presently before the court. Accordingly, the amendment would not unnecessarily prejudice the defendant. The interests of judicial economy and the principles of fundamental fairness also support this amendment.

Wherefore, plaintiff respectfully request that this motion be granted.

PLAINTIFF
LORRAINE CAISSE

By: /s/ Jacques V. Parenteau
Jacques V. Parenteau #09771
Madsen, Prestley & Parenteau, LLC
111 Huntington Street, P.O. Box 1631
New London, CT 06320
Telephone: (860)442-2466
E-Mail: jparenteau@mppjustice.com
Her Attorneys

2

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, to the following counsel of record on this 17th day of March, 2004:

Hugh Murray, Esq.
Scott E. Schaffer, Esq.
Murtha Cullina, LLP
CityPlace I – 185 Asylum Street
Hartford, CT 06103

*/s/ Jacques J. Parenteau*
Jacques J. Parenteau

3