UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Motion Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Monday, April 12, 2004
11:00 a.m.

CASE NO. **3:03cv443 MRK**   <u>**Caisse v. Day Kimball Hosp.**</u>

Heena Kapadia
Madsen, Prestley & Parenteau
111 Huntington St., PO Box 1631
New London, CT 06320

Jacques J. Parenteau
Madsen, Prestley & Parenteau
111 Huntington St., PO Box 1631
New London, CT 06320

William G. Madsen
Madsen & Prestley
44 Capitol Ave, 2nd Fl E.
Suite 201
Hartford, CT 06106
860-246-2466

**STATUS CONFERENCE HELD**

DATE: 4/12/04

30 min.

Craig Thomas Dickinson
Madsen & Prestley
44 Capitol Ave., 2nd Fl E.
Suite 201
Hartford, CT 06106

Hugh F. Murray III
Murtha Cullina LLP
Cityplace I, 185 Asylum St.
Hartford, CT 06103-3469

Scott E. Schaffer
Murtha Cullina LLP
Cityplace I, 185 Asylum St.
Hartford, CT 06103-3469
860-240-6051

                              BY ORDER OF THE COURT
                              KEVIN F. ROWE, CLERK

Scott E. Schaffer
Murtha Cullina LLP
Cityplace I, 185 Asylum St.
Hartford, CT 06103-3469
860-240-6051