UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LORRAINE M. CAISSE,<br>　　　Plaintiff, | : <br> : <br> : | |
| v. | : <br> : | CIVIL NO.　3:03CV443 (MRK) |
| DAY KIMBALL HOSPITAL,<br>　　　Defendant. | : <br> : | |

## ORDER

　　　As described during an on-the-record telephonic conference with the parties on April 12, 2004, Plaintiff's Motion to Amend Complaint [doc # 30], dated March 17, 2004, is **GRANTED** subject to the conditions set forth below.  Since the Court is persuaded that there was no just reason for Plaintiff's delay in filing her amended complaint, the Court imposes the following conditions on its granting of the motion to amend: (1) Plaintiff will make herself available during the next two weeks for a deposition directed at the allegations of her newly asserted claim under Conn. Gen. Stat § 46a-51 *et seq* for emotional distress damages; (2) Plaintiff will be responsible for the cost of providing Defendant with a transcript of Plaintiff's deposition; and (3) if as a result of Plaintiff's deposition, Defendant learns that additional discovery is necessary to respond properly to Plaintiff's emotional distress claim, Defendant is hereby given leave of Court to seek a court order imposing the costs of that additional discovery, including attorneys' fees, on Plaintiff.  **The Clerk is directed to docket the Second Amended Complaint**.

　　　　　　　　　　　　　　　　　　　　　　　IT IS SO ORDERED.


　　　　　　　　　　　　　　　　　/s/　　　　　Mark R. Kravitz
　　　　　　　　　　　　　　　　　　　　　　　　　U.S.D.J.

Dated at New Haven, Connecticut.  April 13, 2004.