UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

May 14, 2004

10:00 a.m.

*Held 3 hours*

CASE NO. **3:03cv443 (MRK)**    **Caisse, vs. Day Kimball Hospital**

Craig Thomas Dickinson
Madsen & Prestley
44 Capitol Ave., 2nd Fl E.
Suite 201
Hartford, CT 06106

Heena Kapadia
Madsen, Prestley & Parenteau
111 Huntington St., PO Box 1631
New London, CT 06320

Hugh F. Murray III
Murtha Cullina LLP
Cityplace I, 185 Asylum St.
Hartford, CT 06103-3469

Jacques J. Parenteau
Madsen, Prestley & Parenteau
111 Huntington St., PO Box 1631
New London, CT 06320

Scott E. Schaffer
Murtha Cullina LLP
Cityplace I, 185 Asylum St.
Hartford, CT 06103-3469

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK