UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LORRAINE M. CAISSE, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL NO.   3:03CV443 (MRK) |
| | : | |
| DAY KIMBALL HOSPITAL, | : | |
|     Defendant. | : | |

**ORDER**

The Court having conferred telephonically with the parties, the following trial schedule will govern:

1. The Parties' Joint Trial Memorandum is due **October 1, 2004**.

2. A Final Pre-Trial Conference will be held **October 18, 2004, at 1:30 p.m.** in Courtroom # 4.

3. Jury selection will be held **November 2, 2004 at 9:30 a.m.** and trial will commence on **November 3, 2004 at 9:30 a.m.**

IT IS SO ORDERED.

/s/     Mark R. Kravitz
United States District Judge

Dated at New Haven, CT: May 21, 2004.