FILED

SEP 27   I 4 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

LORRAINE M. CAISSE,                    :
                                       :
        Plaintiff,                     :      CIVIL ACTION NO.
                                       :      303CV0443(MRK)
v.                                     :
                                       :
DAY KIMBALL HOSPITAL,                  :
                                       :      SEPTEMBER 24, 2004
        Defendant.                     :

### JOINT MOTION FOR EXTENSION OF TIME TO FILE TRIAL MEMORANDUM

Pursuant to D. Conn. L. Civ. R. 7(b), the parties jointly request an

extension of seven (7) days up to and including October 8, 2004 to file their Joint

Trial Memorandum with the Court. The parties are engaged in settlement

discussions in an effort to resolve this matter. The extension would allow the

parties to focus on their settlement efforts as opposed to the preparation of the Joint

Trial Memorandum. The extension would not impact the October 18, 2004 pre-trial

conference with the Court, or the November 2, 2004 start of jury selection. This is

the first extension sought by the parties on this matter.

DEFENDANT-DAY KIMBALL
HOSPITAL

By _____

     Hugh F. Murray, III – ct11418

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut  06103-3469
Telephone:  (860) 240-6000
Facsimile:  (860) 240-6150
Email:  hmurray@murthalaw.com

PLAINTIFF – LORRAINE CAISSE

By _____

     Jacques J. Parenteau – ct09771

Madsen, Prestley & Parenteau, LLC
111 Huntington Street
P.O. Box 1631
New London, CT 06320
Telephone:  860-4422466

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, first class mail, postage prepaid on September 24, 2004 to Jacques J. Parenteau, Esq., Madsen, Prestley & Parenteau, LLC, 111 Huntington Street, P.O. Box 1631, New London, CT 06320.

Hugh F. Murray, III – ct11418

746679