UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**LORRAINE M. CAISSE**                )

vs.                                                  )         C.A. NO. 3:03CV443 (MRK)

**DAY KIMBALL HOSPITAL**         )         November 19, 2004
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*D\*\*\*\*\*\*

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and the Local Rules of this Court, the parties in the above action hereby stipulate to the voluntary dismissal of the entirety of the above-captioned action.  Specifically, the parties voluntarily stipulate to the dismissal of all claims set forth in the above action.  The parties further stipulate that said dismissal is with prejudice and is to occur without the imposition or award of fees or costs.

DEFENDANT,                                              PLAINTIFF,
DAY KIMBALL HOSPITAL, INC.               LORRAINE M. CAISSE


/s/ Hugh F. Murray, III                                 /s/ William G. Madsen
Hugh F. Murray, III (ct 11418)                    William G. Madsen (ct 09853)

Murtha Cullina  LLP                                    Madsen, Prestley & Parenteau, LLC
CityPlace I – 185 Asylum Street                 44 Capitol Ave., Suite 201
Hartford, CT  06103-3469                           Hartford, CT 06106
Tel: (860) 240-6077                                      Tel: (860) 246-2466
Fax: (860) 240-6150                                     Fax: (860) 246-1794
hmurray@murthalaw.com                          wmadsen@mppjustice.com

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed on the 19th day of November 2004 to all counsel of record, including:

William G. Madsen
Jacques J. Parenteau
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue
Suite 201
Hartford, CT 06106

/s/ Hugh F. Murray, III
Hugh F. Murray, III